PAUL GELLENTHIN, PLAINTIFF-PETITIONER, v. J. & D., INC., DEFENDANT-RESPONDENT.

See same case below: 71 *N. J. Super.* 226.

*Messrs. Warren, Chasan & Leyner* for the petitioner.

*Messrs. Basile, Delchop & Wolk* for the respondent.

March 12, 1962.

---

MATTHEW ROSENFIELD, PLAINTIFF-PETITIONER, v. WILLIAM P. ANGERSTEIN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 71 *N. J. Super.* 409.

*Mr. David Novack* for the petitioner.

*Mr. Edward W. Eichmann* and *Mr. William C. Gotshalk* for the respondents.